**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Eleazar Rodriguez        JOINT DEBTOR: Clara Rodriguez        CASE NO.:_____
Last Four Digits of SS# 8346        Last Four Digits of SS# 1843

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.    $ 291.72    for months 1 to 60 ; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425 TOTAL PAID $1500
                       Balance Due    $ 2925  payable $ 195/month  (Months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                                 Arrearage on Petition Date   $
Address:                                Arrears Payment     $_____/month (Months _____ to _____)
                                        Regular Payment     $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Partners for Payment Relief de II, LLC | 460 E 59 Street, Hialeah, FL 33013<br>$250,000 | 0 | None | None | Strip Off Second Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NOne                 Total Due $_____
                        Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 67.55/month (Months 1 to 15) and Pay $ 262.55/month (Months 16 to 45 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**: Debtor is current with secured creditors Capital One Auto Finance and Ocwen Loan Servicing, LLC and will continue to pay said creditors directly outside the chapter 13 plan.

**LIEN STRIPPING SECOND LIEN**: The claim of Partners for Payment Relief De II, LLC was discharged on 1/8/09 (ECF #81) in Debtors' Chapter 7 case (09-28223-LMI) and this second place lien is totally unsecured. The property is encumbered by a first lien in favor of Deutsche Bank N.A. Co. / Ocwen Loan Servicing, LLC in the amount of $307,768.06 and the fair market value of the property is $250,000. Debtors' counsel shall file a separate motion to value Partners for Payment Relief De II, LLC's lien prior to confirmation of the plan pursuant to 11 U.S.C. § 506(a) and the lien of creditor, Partners for Payment Relief De II, LLC shall be stripped from the property. No payments shall be made to Partners for Payment Relief De II, LLC.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                        /s/Robert Sanchez Esq.
Attorney for Debtor                            Joint Debtor
Date: 7-25-2016                                Date: 7-25-2016

LF-31 (rev. 01/08/10)