

## LOCATED AT
460 E 59th St
Hialeah, FL 33013
W60FT OF E240FT OF N139FT TR 5 LOGAN CREST REV PL PB 33-29

## FOR
Eleazar Rodriguez &w Clara Rodriguez
460 E 59 Street
Hialeah, FL 33013

## AS OF
02/05/2016

## BY
Ralph Peña, Jr., St.Cert.Gen.REA
Pena Appraisal Services, Inc.
5402 W. Flagler Street
Miami, FL 33134
(305) 448-5241
orders@penaappraisal.com

## ASSIGNMENT

Market Area Name: Logan Crest Rev PL | Map Reference: T-52 R-41 S-32 | Census Tract: 0006.01

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: To determine the market value of the subject property as of the date of inspection.

Intended User(s) (by name or type): Eleazar Rodriguez &w Clara Rodriguez

Client: Eleazar Rodriguez &w Clara Rodriguez | Address: 460 E 59 Street, Hialeah, FL 33013

Appraiser: Ralph Peña, Jr., St.Cert.Gen.REA | Address: 5402 W. Flagler Street, Miami, FL 33134

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing | | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | PRICE $(000) | | AGE (yrs) | | | |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | ☒ Owner | | | | One-Unit | 100 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☐ Tenant | 125 | Low | 01 | 2-4 Unit | % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☒ Vacant (0-5%) | 320 | High | 68 | Multi-Unit | % | * To: |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☐ Vacant (>5%) | 226 | Pred | 62 | Comm'l | % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | | | | | | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject property is located in Northwestern Miami-Dade County within the City of Hialeah in the subdivision known as "Logan Crest Rev PL". The neighborhood consists of single family residences that are similar to the subject in terms of age, size, and appeal. There are no negative factors that would affect the marketability of the properties in the neighborhood.

The subject's market is considered to be stable with supply and demand being in balance. Marketing time is estimated to be between 3 to 6 months.

## SITE DESCRIPTION

Dimensions: 60x140 | Site Area: 8,400 Sq.Ft.

Zoning Classification: R-1 | Description: Single Family Residential

Zoning Compliance: ☐ Legal ☐ Legal nonconforming (grandfathered) ☒ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown | Have the documents been reviewed? ☐ Yes ☒ No | Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☐ Present use, or ☒ Other use (explain) The subject property is currently being used as a duplex. This does not conform to single family zoning requirements.

Actual Use as of Effective Date: 02/05/2016 | Use as appraised in this report: Single Family Residential

Summary of Highest & Best Use: The highest and best use of the subject property is that of single family residential. The subject is currently being used as a duplex. Proper permits were not provided to the appraiser; therefore, the subject does not comply with zoning requirements.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level to street |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical for neighborhood |
| Gas | ☐ | ☐ | None | Curb/Gutter | Swale | ☒ | ☐ | Shape | Rectangular/Avg. |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Pole Mounted | ☒ | ☐ | View | Residential/Avg. |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 12086C0119L | FEMA Map Date 09/11/2009

Site Comments: No adverse environmental conditions noted. The subject does not conform to zoning requirements.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | Yes |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | | Type | FWA |
| # of Stories | 1 | Exterior Walls | CBS | Crawl Space | None | % Finished | | Fuel | Electric |
| Type ☐ Det. ☐ Att. ☐ | | Roof Surface | B.Tile/Avg. | Basement | None | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | None | Sump Pump ☐ | N/A | Walls | | Cooling | Yes |
| ☐ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | S-Hung/Avg. | Dampness ☐ | N/A | Floor | | Central | Yes |
| Actual Age (Yrs.) | 63 | Storm/Screens | No/Yes | Settlement | N/A | Outside Entry | | Other | N/A |
| Effective Age (Yrs.) | 20 | | | Infestation | N/A | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | C.Tile/Avg. | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # | 0 | Woodstove(s) # 0 | Garage # of cars ( 3 Tot.) | |
| Walls | Drywall/Avg. | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Open Patio | | Attach. | |
| Trim/Finish | Wood/Avg. | Disposal | ☒ | Scuttle | ☒ | Deck | Concrete | | Detach. | |
| Bath Floor | C.Tile/Avg. | Dishwasher | ☒ | Doorway | ☐ | Porch | Open Porch | | Blt.-In | |
| Bath Wainscot | C.Tile/Avg. | Fan/Hood | ☒ | Floor | ☐ | Fence | R.Wood Fence | | Carport | 1 Aluminum |
| Doors | Wood/Glass/Avg. | Microwave | ☒ | Heated | ☐ | Pool | No Pool | | Driveway | 2 |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | | Surface | Concrete |

Finished area above grade contains: 7 Rooms 4 Bedrooms 3 Bath(s) 2,104 Square Feet of Gross Living Area Above Grade

Additional features: No additional features were considered for the purpose of this appraisal.

Describe the condition of the property (including physical, functional and external obsolescence): The subject had several additions and a rear detached

| TRANSFER | 2nd Prior Subject Sale/Transfer |
|---|---|
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 460 E 59th St Hialeah, FL 33013 | 492 E 56th St Hialeah, FL 33013 | | 641 E 59th St Hialeah, FL 33013 | | 671 E 63rd St Hialeah, FL 33013 | |
| Proximity to Subject | | 0.19 miles S | | 0.22 miles E | | 0.38 miles NE | |
| Sale Price | $ N/A | | $ 235,000 | | $ 290,000 | | $ 235,000 |
| Sale Price/GLA | $ /sq.ft. | $ 93.48 /sq.ft. | | $ 121.64 /sq.ft. | | $ 100.00 /sq.ft. | |
| Data Source(s) | Public Records | Public Records/MLS | | Public Records/MLS | | Public Records/MLS | |
| Verification Source(s) | Inspection | Realtor - Dessiree Kane | | Realtor - Hermes Leyva | | Realtor - Lazaro Sosa | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A N/A | Arms Lgth; Conv No Concessions | | Arms Lgth; FHA No Concessions | | Short Sale; Cash No Concessions | |
| Date of Sale/Time | N/A | 03/05/2015 | | 07/07/2015 | | 11/04/2015 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Interior/Avg. | Interior/Avg. | | Interior/Avg. | | Interior/Avg. | |
| Site | 8,400 Sq.Ft. | 7,923 Sq.Ft. | +1,192 | 8,400 Sq.Ft. | | 8,400 Sq.Ft. | |
| View | Residential/Avg. | Residential/Avg. | | Residential/Avg. | | Residential/Avg. | |
| Design (Style) | Ranch | Ranch/Avg. | | Ranch/Avg. | | Ranch/Avg. | |
| Quality of Construction | CBS | CBS | | CBS | | CBS | |
| Age | 63 | 66 | | 62 | | 62 | |
| Condition | Average | Average | | Average | | Below Average | +20,000 |
| Above Grade Room Count (Total / Bdrms / Baths) | 7 / 4 / 3 | 7 / 4 / 4 | -3,000 | 7 / 4 / 3 | | 7 / 4 / 2 | +3,000 |
| Gross Living Area | 2,104 sq.ft. | 2,514 sq.ft. | -12,300 | 2,384 sq.ft. | -8,400 | 2,350 sq.ft. | -7,380 |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | N/A N/A | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | CAC | CAC | | CAC | | CAC | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1-Car Carport | O.S.P. | +1,000 | O.S.P. | +1,000 | O.S.P. | +1,000 |
| Porch/Patio/Deck | Open Patio | Open Patio | | Open Patio | | Open Patio | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -13,108 | ☐ + ☒ - | $ -7,400 | ☒ + ☐ - | $ 16,620 |
| Adjusted Sale Price of Comparables | | | $ 221,892 | | $ 282,600 | | $ 251,620 |

Summary of Sales Comparison Approach All three comparable sales were superior to the subject in gross living area and inferior in carport. Comparable #1 was an arms length transaction that was superior in bathroom count and inferior in lot size. It had an apartment like the subject. Comparable #2 was an FHA sale and similar to the subject in room count it also had an apartment like the subject . Comparable #3 was a short sale that was sold as a cash transaction due to the fact that it had roof damage and illegal additions. For comparison purpose the total including extra units was included in the living area. Proper price adjustments were made. All sales were considered to be the best market indicators in determining the value of the subject property.

COST APPROACH

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data:

Quality rating from cost service: Effective date of cost data:

Comments on Cost Approach (gross living area calculations, depreciation, etc.):

Estimated Remaining Economic Life (if required): Years

| OPINION OF SITE VALUE | | | =$ |
|---|---|---|---|
| DWELLING | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | Sq.Ft. @ $ | | =$ |
| | | | =$ |
| Garage/Carport | Sq.Ft. @ $ | | =$ |
| Total Estimate of Cost-New | | | =$ |
| Less Physical | Functional | External | |
| Depreciation | | | =$( ) |
| Depreciated Cost of Improvements | | | =$ |
| "As-is" Value of Site Improvements | | | =$ |
| | | | =$ |
| | | | =$ |
| INDICATED VALUE BY COST APPROACH | | | =$ |

INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM): N/A

PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 250,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

Final Reconciliation Final reliance was given to the sales comparison report. The cost and income were not considered due to th limited data for these approaches.

This appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair: Subject to the hypothetical condition that the the additions and apartment are legal per code.

This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $** 250,000 **, as of:** 02/05/2016 **, which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

ATTACHMENTS

A true and complete copy of this report contains ____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| Scope of Work | ☐ Limiting Cond./Certifications | ☐ Narrative Addendum | ☒ Photograph Addenda | ☒ Sketch Addendum |
| Map Addenda | ☐ Additional Sales | ☐ Cost Addendum | ☐ Flood Addendum | ☐ Manuf. House Addendum |
| Hypothetical Conditions | ☐ Extraordinary Assumptions | ☐ | ☐ | ☐ |

Client Contact: Client Name: Eleazar Rodriguez &w Clara Rodriguez

E-Mail: Address: 460 E 59 Street, Hialeah, FL 33013

SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Ralph Peña, Jr., St.Cert.Gen.REA | Supervisory or Co-Appraiser Name: |
| Company: Pena Appraisal Services, Inc. | Company: |
| Phone: (305) 448-5241 Fax: | Phone: Fax: |
| E-Mail: orders@penaappraisal.com | E-Mail: |

This Report is one of the following types:

Appraisal Report (A written report prepared under Standards Rule 2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

Restricted Appraisal Report (A written report prepared under Standards Rule 2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

— The statements of fact contained in this report are true and correct.

— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: 3 to 6 months.

## Comments on Appraisal and Report Identification

Note any USPAP-related issues requiring disclosure and any state mandated requirements:

The appraiser often has to rely on third party information in the appraisal process. This includes public records, multiple listing information and pictures. The appraiser reserves the right to make any changes to the appraisal and the value conclusion should there be an error in any of this information. By accepting this appraisal, the client understands that the appraiser's liability are limited only to the appraisal fee in cases of litigation.

The sketch is not a survey or an architectural plan. It is used by the appraiser as part of his worksheet. It is in the appraisal only for the purpose of assisting the client in understanding the final work product. It should not be relied on by any other third party. A professional surveyor or architect should be hired for these purposes.

**APPRAISER:**

Signature: [signature]

Name: Ralph Peña, Jr., St.Cert.Gen.REA

State Certification #: RZ-67

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:

Name:

State Certification #:





TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| **Living Area** | | **Calculation Details** |
|---|---|---|
| First Floor | 1360 Sq ft | 40 × 34 = 1360 |
| First Floor | 744 Sq ft | 31 × 24 = 744 |
| **Total Living Area (Rounded):** | **2104 Sq ft** | |
| **Non-living Area** | | |

a la mode, inc.
The leader in real estate technology
E 65th St
E 65th St
E 65th St
Gratigny Rd
Comparable # 3
671 E. 63 Street
0.38 miles NE
E 4th Ave
E 64th St
E 5th Ave
E 63rd St
E 6th Ave
E 7th Ave
E 61st St
E 4th Ave
E 60th St
Subject
460 E 59th St
E 59th St
E 6th Ave
Comparable # 2
641 E 59 Street
0.22 miles E
E 58th St
E 57th St
E 57th St
E 4th Ave
E 56th St
E 56th St
E 5th Ave
E 6th Ave
E 55th St
E 7th Ave
Comparable # 1
492 E 56 Street
0.19 miles S
E 54th St

**Subject Front**

460 E 59th St

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 2,104 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Interior/Avg. |
| View | Residential/Avg. |
| Site | 8,400 Sq.Ft. |
| Quality | CBS |
| Age | 63 |

**Subject Rear**

**Subject Street**






**Master Bathroom**




**Bedroom**






Living

Kitchen

2nd unit Living

2nd Unit Kitchen







**Comparable 1**

492 E 56th St

| | |
|---|---|
| Prox. to Subject | 0.19 miles S |
| Sales Price | 235,000 |
| Gross Living Area | 2,514 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Interior/Avg. |
| View | Residential/Avg. |
| Site | 7,923 Sq.Ft. |
| Quality | CBS |
| Age | 66 |

**Comparable 2**

641 E 59th St

| | |
|---|---|
| Prox. to Subject | 0.22 miles E |
| Sales Price | 290,000 |
| Gross Living Area | 2,384 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Interior/Avg. |
| View | Residential/Avg. |
| Site | 8,400 Sq.Ft. |
| Quality | CBS |
| Age | 62 |

**Comparable 3**

671 E 63rd St

| | |
|---|---|
| Prox. to Subject | 0.38 miles NE |
| Sales Price | 235,000 |
| Gross Living Area | 2,350 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Interior/Avg. |
| View | Residential/Avg. |
| Site | 8,400 Sq.Ft. |
| Quality | CBS |
| Age | 62 |

Booktype: Official Records

Book: 2335: Page: 439 Jump To

| | |
|---|---|
| **Document Type:** | (TAXDEED) TAX DEED |
| **Date :** | 6/19/2015 9:40:30 AM |
| **Grantor:** | HILLSBOROUGH COUNTY CLK (6/30/2015 10:57:41 AM) |
| **Grantee:** | LAND TRUST NO 6210 N 45TH ST TAMPA STRESS FREE PROPERTY MANAGEMENT INC TRU (6/30/2015 10:57:41 AM) |
| **Book Type:** | O |
| **Book / Page:** | 23353 / 439 |
| **# of Pages:** | 1 |
| **Consideration:** | 13,700.00 |
| **Legal Description** | L 15 B 2 ROBLES HEIGHTS |
| **Tax Deed File Number** | 2015-783 |

THIS IS NOT A CERTIFIED COPY

**Tax Deed File No.:** 2015-783

**Folio No.:** 039763.0000

# TAX DEED

**State of Florida**
**County Of Hillsborough**

The following Tax Sale Certificate Numbered 274487-12 issued on May 26, 2012 was filed in the office of the Tax Collector of this County and application made for the issuance of a tax deed, the applicant having paid or redeemed all other taxes or tax sale certificates on the land described as required by law to be paid or redeemed, and the costs and expenses of this sale, and due notice of sale having been published as required by law, and no person entitled to do so having appeared to redeem said land; such land was on the 18th day of June, 2015, offered for sale as required by law for cash to the highest bidder and was sold to LAND TRUST NO 6210 N 45TH ST TAMPA, STRESS FREE PROPERTY MANAGEMENT, INC TRUSTEE whose address is 4501 E COLUMBUS DR TAMPA, FL, 33605 being the highest bidder and having paid the sum of his bid as required by the Laws of Florida.

Now, on this 19th day of June, 2015, in the County of Hillsborough, State of Florida, in consideration of the sum of ($13,700.00) Thirteen thousand seven hundred dollars , being the amount paid pursuant to the Laws of Florida does hereby sell the following lands, including any hereditaments, buildings, fixtures and improvements of any kind and description, situated in the County and State aforesaid and described as follows:

ROBLES HEIGHTS LOT 15 BLOCK 2

PLAT BOOK/PAGE: 30/80

SEC-TWP-RGE: 33-28-19

- SUBJECT TO ALL OUTSTANDING TAXES -

**Witness:**

**CAROLINA MUNIZ, Deputy Clerk**

**DARRELL MORNING, Deputy Clerk**

**Clerk of the Circuit Court**
**ADRIAN SALAS, Deputy Clerk**
**Hillsborough, Florida**

CIRCUIT COURT CLERK HILLSBOROUGH COUNTY **(Seal)**

**State of Florida**
**County Of Hillsborough**

On the 19th DAY OF JUNE 2015, before me a notary public personally appeared **ADRIAN SALAS,** Deputy Clerk, Clerk of the Circuit Court in and for the State and this County known to me to be the person described in, and who executed the foregoing instrument, and acknowledged the execution of this instrument to be his/her own free act and deed for the use and purposes therein mentioned.

Witness my hand and office seal date aforesaid.

**Notary Public**

SHAQUILLA LEWIS
MY COMMISSION # EE 140156
EXPIRES: December 10, 2015
Bonded Thru Notary Public Underwriters

| ↕ Folio | ↕ Owner Name | ↕ Property Address | ↕ Sales Date | ↕ Sales Price | ↕ Homestead | |
|---|---|---|---|---|---|---|
| 039763-0000 | HORVATH MYHIEN | 6210 N 45TH ST, TAMPA | 1/13/2016 | $33,000 | NO | |

Map All Map Checked

**Total Records: 1**

Doug Belden, Hillsborough County Tax Collector

For Customer Service, please call 813.635.5200

2015 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Skip the Trip - Pay online at www.hillstax.org**

- E-Check - A **FREE** electronic payment from your checking account
- Credit Card - 2.35% fee is charged

Account No. A0397630000

| Pay this Amount | $0.00 | | | | |
|---|---|---|---|---|---|
| If Postmarked By | Jan 31, 2016 | | | | |

STRESS FREE PROPERTY
MANAGEMENT INC / TRUSTEE
4501 E COLUMBUS DR STE A
TAMPA, FL 33605-3206

**Legal Description:**
ROBLES HEIGHTS
LOT 15 BLOCK 2

**Property Location**
6210 N 45TH ST,
TAMPA,
33610

Keep this portion for your records.
WALK-IN CUSTOMERS PLEASE BRING FOR YOUR RECEIPT

## Ad-Valorem Taxes

Tax District U

| Taxing Authority | Telephone | Millage | Assessed Value | Exemption | Taxable Value | Tax Amount |
|---|---|---|---|---|---|---|
| COUNTY OPERATING | 813-272-5890 | 5.7322 | 20,634 | 0 | 20,634 | 118.28 |
| ENVIRONMENTAL LAND | 813-272-5890 | 0.0604 | 20,634 | 0 | 20,634 | 1.25 |
| COUNTY M.S.T.U. | 813-272-5890 | 4.3745 | 20,634 | 0 | 20,634 | 90.26 |
| LIBRARY-SERVICE | 813-273-3660 | 0.5583 | 20,634 | 0 | 20,634 | 11.52 |
| PARK BONDS - UNINCORPORATED | 813-272-5890 | 0.0259 | 20,634 | 0 | 20,634 | 0.53 |
| SCHOOL - LOCAL | 813-272-4064 | 2.2480 | 20,634 | 0 | 20,634 | 46.39 |
| SCHOOL - STATE | 813-272-4064 | 4.9990 | 20,634 | 0 | 20,634 | 103.15 |
| PORT AUTHORITY | 813-905-5132 | 0.1550 | 20,634 | 0 | 20,634 | 3.20 |
| HILLS CO TRANSIT AUTHORITY | 813-623-5835 | 0.5000 | 20,634 | 0 | 20,634 | 10.32 |
| CHILDRENS BOARD | 813-229-2884 | 0.4589 | 20,634 | 0 | 20,634 | 9.47 |
| WATER MANAGEMENT | 800-423-1476 | 0.3488 | 20,634 | 0 | 20,634 | 7.20 |

| | |
|---|---|
| Total Millage | 19.4610 |
| Total Ad Valorem Taxes | $401.57 |

## Non-Ad Valorem Assessments

| Authority | Telephone | Amount |
|---|---|---|
| LIGHTING DISTRICT 1062 | 813-272-5641 | 28.18 |
| STORMWATER MANAGEMENT | 813-272-5641 | 30.00 |
| COUNTY SOLID WASTE SW | 813-964-2739 | 91.32 |
| COUNTY SOLID WASTE SWC | 813-964-2739 | 131.43 |

| | |
|---|---|
| Total Non-Ad Valorem Assessments | $280.93 |
| Combined Taxes & Assessments | $682.50 |

Doug Belden, Hillsborough County Tax Collector — 2015 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| Account No. A0397630000 | Tax District U | Escrow | Assessed Value 20,634 |
|---|---|---|---|

ROBLES HEIGHTS
LOT 15 BLOCK 2

Detach this portion and return it with your payment.

Skip the Trip - Pay online at www.hillstax.org

| Pay this Amount | $0.00 | | | | |
|---|---|---|---|---|---|
| If Postmarked By | Jan 31, 2016 | | | | |

**Make checks payable in US funds to:**

Doug Belden, Tax Collector
PO Box 30012
Tampa FL 33630-3012

STRESS FREE PROPERTY MANAGEMENT INC /
TRUSTEE
4501 E COLUMBUS DR STE A
TAMPA, FL 33605-3206

01/15/2016 Receipt # 15-630-002684 $668.85 Paid

Bob Henriquez
Hillsborough County Property Appraiser

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 039763-0000




## Owner Information

| | |
|---|---|
| Owner Name | HORVATH MYHIEN |
| Mailing Address | 8016 N MARKS ST<br>TAMPA, FL 33604-3428 |
| Site Address | 6210 N 45TH ST, TAMPA |
| PIN | U-33-28-19-1M0-000002-00015.0 |
| Folio | 039763-0000 |
| Prior PIN | |
| Prior Folio | 000000-0000 |
| Tax District | U - UNINCORPORATED |
| Property Use | 0100 SINGLE FAMILY R |
| Plat Book/Page | 30/80 |
| Neighborhood | 218008.00 \| Hillsb. Av, 40th-50th St Area, S of Rvr |
| Subdivision | 1M0 \| ROBLES HEIGHTS |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $21,634 | $21,634 | $0 | $21,634 |
| Public Schools | $21,634 | $21,634 | $0 | $21,634 |
| Municipal | $21,634 | $21,634 | $0 | $21,634 |
| Other Districts | $21,634 | $21,634 | $0 | $21,634 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 23822 | 1355 | 01 | 2016 | WD | Qualified | Improved | $33,000 |
| 23353 | 0439 | 06 | 2015 | TD | Unqualified | Improved | $13,700 |
| 17382 | 1032 | 11 | 2006 | WD | Qualified | Improved | $131,000 |
| 16354 | 1316 | 12 | 2005 | WD | Qualified | Improved | $120,000 |
| 10290 | 1739 | 02 | 2000 | WD | Qualified | Improved | $53,000 |
| 6449 | 0299 | 12 | 1991 | WD | Qualified | Improved | $36,900 |
| 6245 | 1372 | 04 | 1991 | WD | Unqualified | Improved | $16,500 |
| 3970 | 0084 | 07 | 1982 | WD | Unqualified | Improved | $100 |

## Building Information

### Building 1

| | |
|---|---|
| Type | 01 \| SINGLE FAMILY |
| Year Built | 1957 |

### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 5 | Concrete Block |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 2 | Rolled Composition |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Interior Flooring | 4 | Vinyl |
| Heat/AC | 2 | Central |
| Architectural Style | 4 | Basic 1-Story |
| Condition | 2 | Fair |
| Bedrooms | 2.0 | |
| Bathrooms | 1.0 | |
| Stories | 1.0 | |
| Units | 1.0 | |

### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| BAS | 728 | 728 | $13,208 |
| FCP | 228 | | $1,034 |
| BAS | 140 | 140 | $2,540 |
| FEP | 120 | 120 | $1,742 |

## Extra Features

| OB/XF Code | Description | Building | Year On Roll | Length | Width | Units | Value |
|---|---|---|---|---|---|---|---|
| 0651 | SHED NOT PERMANENTLY AFFIXED | 1 | 1997 | 0 | 0 | 1.00 | $0 |

## Land Information - Total Acreage: 0.14

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| RE02 | Res SF Class 0.50 | RSC-9 | 61.00 | 100.00 | SE \| SF LOTS W/ EFF SIZE | 6,100.00 | $3,111 |

## Legal Description

**Legal Description** ROBLES HEIGHTS LOT 15 BLOCK 2