Case 16-20323-LMI    Doc 11    Filed 07/26/16    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                     Case No:
                                                                           Chapter 13

Clara and Eleazar Rodriguez

_____Debtors_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property, attachments, and Notice of Hearing was sent to all interested parties on July 26, 2016 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Clara and Eleazar Rodriguez
460 E 59th Street
Hialeah, FL 33013-1319

**Via Certified Mail:**

Partners for Payment Relief De II, LLC
John Sweeney, Vice President
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

Partners for Payment Relief De II, LLC
David van Horn, President
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161