UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                      CASE NO.: 16-20323-LMI
                                                                                                        CHAPTER 13

Eleazar Rodriguez
aka Eleazer Rodriguez,

   Debtor,

Clara Rodriguez
aka Clara Agras
aka Clara AgrasRodriguez
aka Clara Agras Rodriguez
aka Clara Stanley,

   Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-5 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.<br>
Authorized Agent for Secured Creditor<br>
6409 Congress Ave., Suite 100<br>
Boca Raton, FL 33487<br>
Telephone: 561-241-6901<br>
Facsimile: 561-997-6909<br>
By: <u>/s/Seth Greenhill</u><br>
Seth Greenhill, Esquire<br>
Email: sgreenhill@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 2, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

ELEAZAR RODRIGUEZ
AKA ELEAZER RODRIGUEZ
460 E 59TH STREET
HIALEAH, FL 33013-1319

CLARA RODRIGUEZ
AKA CLARA AGRAS
AKA CLARA AGRASRODRIGUEZ
AKA CLARA AGRAS RODRIGUEZ
AKA CLARA STANLEY
460 E 59TH STREET
HIALEAH, FL 33013-1319

NANCY K. NEIDICH
WWW.CH13HERKERT.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE

16-151323 - SeG<br>
RODRIGUEZ, ELEAZAR<br>
Request for Service<br>
Page 2

51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

                Robertson, Anschutz & Schneid, P.L.
                Authorized Agent for Secured Creditor
                6409 Congress Ave., Suite 100
                Boca Raton, FL 33487
                Telephone: 561-241-6901
                Facsimile: 561-997-6909
                By: /s/Seth Greenhill
                Seth Greenhill, Esquire
                Email: sgreenhill@rasflaw.com