UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO.: 16-20323-LMI
                                                CHAPTER 13

Eleazar Rodriguez
aka Eleazer Rodriguez,

   Debtor,

Clara Rodriguez
aka Clara Agras
aka Clara AgrasRodriguez
aka Clara Agras Rodriguez
aka Clara Stanley,

   Joint Debtor.
_____/

### OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Eleazar Rodriguez aka Eleazer Rodriguez AND Clara Rodriguez aka Clara Agras aka Clara AgrasRodriguez aka Clara Agras Rodriguez aka Clara Stanley ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 26, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 460 E 59 STREET, HIALEAH, FL 33013, by virtue of a Mortgage recorded on January 26, 2007 at Instrument number 106782244 of the Public Records of Miami Dade County, FL. Said Mortgage secures a Note in the amount of $150,000.00.

3. The Debtor filed a Chapter 13 Plan on July 26, 2016.

4. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ
355 WEST 49TH STREET
HIALEAH, FL  33012

ELEAZAR RODRIGUEZ
AKA ELEAZER RODRIGUEZ
460 E 59TH STREET
HIALEAH, FL  33013-1319

ROBERT SANCHEZ
355 WEST 49TH STREET
HIALEAH, FL  33012

CLARA RODRIGUEZ
AKA CLARA AGRAS
AKA CLARA AGRASRODRIGUEZ
AKA CLARA AGRAS RODRIGUEZ
AKA CLARA STANLEY
460 E 59TH STREET

HIALEAH, FL  33013-1319

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

                Robertson, Anschutz & Schneid, P.L.
                Attorney for Secured Creditor
                6409 Congress Ave., Suite 100
                Boca Raton, FL 33487
                Telephone: 561-241-6901
                Facsimile: 561-997-6909

                By: /s/Seth Greenhill
                Seth Greenhill, Esquire
                Florida Bar Number 97938
                Email: sgreenhill@rasflaw.com