## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

Eleazar Rodriguez                                      Case No.: 16-20323-LMI
   and

Clara Rodriguez                                        Chapter 13

_____Debtor._____/

### DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE

COMES NOW the Debtors, Eleazar Rodriguez and Clara Rodriguez, by and through their undersigned counsel, and files this Motion to Reinstate Chapter 13 Case and as grounds therefore states:

1. This case was filed on July 26, 2016 and dismissed on September 1, 2016 for failure to appear at the 341 meeting of creditors.

2. The debtors were unable to attend the 341 meeting of creditors on the scheduled date.

3. Debtor wishes to continue with their Chapter 13 bankruptcy.

WHEREFORE the Debtors, Eleazar Rodriguez and Clara Rodriguez respectfully requests that this Honorable Court enter an Order reinstating this case.

### CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to reinstate Chapter 13 Case was cm/ecf to: Nancy N. Neidich, Trustee on September 7, 2016.

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/ Robert Sanchez_____
  Robert Sanchez, Esq., FBN# 0442161