RE: _Eleazar Rodriguez & Clara Rodriguez_              **PRO SE**              Case # _16-20323   LMI_

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Tax returns: 2014-2015                                              ___ Photo ID(s)     LF 90     LF67     LF10
✓ Bank Account Statements          ths pre-petition #2260    ___ Domestic Support Info: name address and phone
                                                              ___ Affidavit of Support
_#2260 (7/1 - 7/26/16)_                                         2016(B)    401K/Retirement Stmts    Life Ins Policy
___ Check copy                                                  ther provisions    IVL    00%    Lawsuit    Lease
                                                                           Gambling    HAMP    LMM/MMM
                                                              ___ Plan does not fund
✗ Explain W/D _7/21 $7551.78_                                  ___ Calculation errors/improper months _____
___ FMV(NADA/Carmax), Reg and Payoff Vehicles               ✓ Valuation motion has not been resolved
_15 CHEVY_                                                    ___ LMM/MMM motion not filed
___ FMV and Payoff: Real Estate                               ___ Reaffirm, redeem or surrender Sch D & G creditor
                                                              ___ Creditor on plan not listed in Schedules or no filed POC
___ Non homestead Information Sheet                          ___ Priority debt on Sch E not in plan
___ Wage deduction order or motion to waive                  ___ Object or Conform to Proof of Claim
**BUSINESS DEBTOR DOCUMENTS**                                     ___ Miami-Dade County    ___ Tax Certificate(DE#___)
___ BDQ & attachments    Profit & Loss    Balance Sheet          ___ Dept of Revenue    ___ IRS
___ Bank statements and checks    3 months

___ Other:
                                                                                                    _uys_
___ Fee application (see court guideline 6)                  ___ Objection to Exemption (specifics to be filed)
___ Income understated ___ stubs ___ taxes                   ___ To be heard with confirmation at 1:30 pm
      co-debtor ___ stubs ___ taxes                          ✓ Ch 7 s/b _40,303.78_ plus tax refund / valuations
___ Spouse's pay advices/spouse's wages not disclosed        ___ Good faith to unsecured
___ Proof of household size (government ID w/ address)       ✓ Expenses: documentation/calculation: CMI line
      and income of all adults                                 _16, 25,_
___ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof              ✓ CMI/DI _2429.05_  x 60 = _____
  _but over median_                                          ☐ Plus income/expenses issues ☐ Trustee est. $
___ D/I  > 100%   < 90%   Feasibility                        ___ Undervalued collateral should be crammed down
___ Info on transfer  SOFA _____ undisclosed
___ Tolling Agreement(s)

Other: _Remove lien strip in Other provisions -_

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

***IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.** *The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.*

**Deficiencies must be cured by 5 pm on** _9-19-16_ **to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027