# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
## THIRD AMENDED PLAN

DEBTOR: Eleazar Rodriguez    JOINT DEBTOR: Clara Rodriguez    CASE NO.: 16-20323-LMI
Last Four Digits of SS# 8346    Last Four Digits of SS# 1843

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 163.35 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to value) = $4425 TOTAL PAID $1500
                    Balance Due    $ 2925 payable $ 81.25/month (Months 1 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                    Arrearage on Petition Date $
Address:                    Arrears Payment    $_____/month (Months ____ to ____)
                              Regular Payment    $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Partners for Payment Relief de II, LLC | 460 E 59 Street, Hialeah, FL 33013 $250,000 | 0 | None | None | Strip Off Second Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None        Total Due $_____
                Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 65.76/month (Months 1 to 36).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**: Debtor is current with secured creditors Capital One Auto Finance and Ocwen Loan Servicing, LLC and will continue to pay said creditors directly outside the chapter 13 plan.

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                      /s/Robert Sanchez Esq.
Attorney for Debtor                                 Joint Debtor
Date: 1-13-2017                                    Date: 1-13-2017

LF-31 (rev. 01/08/10)