

**ORDERED in the Southern District of Florida on January 18, 2017.**

_Laurel M. Isicoff_
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                         CASE NO. 16-20323-LMI

ELEAZAR RODRIGUEZ
CLARA RODRIGUEZ
            Debtor.
_____/

ORDER CONTINUING CONFIRMATION, VESTING ALL PAYMENTS

THIS CASE came on to be heard on January 10, 2017 on the confirmation of the plan, and the Court being advised that the parties agreed to the entry of the following order, and based on the record, it is ORDERED as follows:

1. The Trustee has waived the requirement to provide documentation and the Debtor has agreed to file a plan paying 100% of the allowed unsecured creditors within 7 days of the claims bar date or this case will be dismissed.

2. The Confirmation Hearing is continued to **February 7, 2017** at **1:35 pm** in **Courtroom 8** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, MIAMI, FL**

**33128**.

3. The Debtors are ordered to continue making payments each month to the Chapter 13 Trustee in accordance with the last filed Chapter 13 Plan. Failure to continue payments may result in the dismissal of this case.

4. As a condition for the continued confirmation hearing and delay of payments to creditors, all payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors.

5. If this case is dismissed or converted, the Trustee shall disburse all funds which were received prior to the order of conversion or dismissal and held in trust. The disbursement shall be on a pro rata basis, less Trustee fees, to the secured, priority or administrative creditors pursuant to the proposed Chapter 13 Plan which was filed at least one day prior to last confirmation hearing date.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Nancy K Neidich, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to the Debtor immediately upon receipt and filed a certificate of service with the Clerk of the Court