

**ORDERED in the Southern District of Florida on January 19, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Clara and Eleazar Rodriguez            Case No: 16-20323-LMI
                                               Chapter 13

                   Debtors                /

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY PARTNERS FOR PAYMENT RELIEF DE II, LLC

THIS CASE came to be heard on    January 10, 2017 at 9:00 AM    on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 9 ; the "Motion").

Based upon the debtors' assertions made to the Judge in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtors' real property (the "Real Property") located at    460 E 59th Street, Hialeah, FL 33013   , and more particularly described as

Parcel Identification Number: 04-2132-015-0650
Legal Description: 32 52 41 .19 AC LOGAN CREST REV PL PB 33-29 W60FT OF E240FT OF N139FT TR 5 LOT SIZE 60.000 X 140 OR 14328-1371 11891 COC 23293-4646 03 20051

is $ 250,000.00 at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of Partners for Payment Relief de II, LLC (the "Lender") is $ 307,768.06.

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ 0 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 0.

3. [*Include only if appropriate*: Because Lender's secured interest in the Real Property is $0, Lender's mortgage recorded on April 20, 2005 at OR BOOK 23293 Page 4666 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.]

4. (Select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified

        as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

        __X__ Lender filed a proof of claim in this case [POC#3]. It shall be classified as a secured claim in the amount provided in paragraph 2, above. The trustee shall not disburse any payments to Lender since the Debtors' *in personam* liability was discharged in the previous bankruptcy. Any non secured deficiency shall be stricken and disallowed, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

Attorney  Robert Sanchez, Esq.      is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.