# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
                                                Case No.: 16-20323-LMI  
                                                Chapter 13

Eleazar Rodriguez  
Clara Rodriguez

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

### *IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 4 | Ocwen Loan Servicing, LLC | $313,143.80 |

Basis for Objection and Recommended Disposition

On or about February 24, 2017, Creditor filed a secured proof of claim in the amount of $313,143.80 and an arrearage in the amount of $10,112.81. The debtors state that they are current. Furthermore, the Debtors have obtained their own insurance for much less than the prior insurance they had. Debtors are also expecting to receive a credit for unearned premium for their insurance of $7,354.00 and $817.00 for a total of $8,171.00 and have attached proof of said assertion.

Debtors are requesting proof of the following charge:
1. Escrow adjustment on September 18, 2015 of $25,226.91 reducing the positive escrow balance of $20,436.51 to a negative $4,790.40. (See page 8 of 11 of Exhibit B)

Debtors request that the Creditor provide an itemization of the arrearages of the claim prior to the hearing, or in the alternative, seek that the arrearages of the claim be stricken and disallowed as Debtors state that the claim is current.

     **I FURTHER CERTIFY** that I have contacted opposing counsel in an attempt to resolve these issues without a hearing. (D)    Conference With Opposing Attorneys Required. If a motion seeks relief involving a debtor that is represented by an attorney, the trustee, or another particular adverse party that is represented by an attorney, the certificate of service for the notice of hearing shall include a certification that movant's

LF-70 (rev. 12/01/09)

attorney has contacted counsel for all adverse parties to attempt to resolve the matter without hearing.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

**Approved as to substance and form by:**

_____
**Debtor**

_____
**Joint Debtor**

DATED:  March 10, 2017

Respectfully Submitted:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)