GXXX99.016 0905 0408
00-0103238
3/03/17



**First Community Insurance Company**

Policy Number  
784 5 03    Page 1 of 2  
3000 00000 HO    HO3  
Homeowners

Date of Notice  
3/03/17

Agent Code: 0103238  
Agent (305)446-5063  
CONTINENTAL PROPERTY &  
CASUALTY III INC  
5200 SW 8TH ST STE 250  
CORAL GABLES FL 33134

ELEAZAR RODRIGUEZ  
CLARA RODRIGUEZ  
460 E 59TH ST  
HIALEAH FL 33013-1319

## Confirmation of Cancellation
## Policy Financial Status

Cancellation Effective Date:    3/29/17   12:01 a.m. Standard Time

The above insurance policy was cancelled as of the date indicated. Below is a breakdown of the premium and charges for the time coverage was in effect.

Please be advised that any balance owed the Company is due within 15 days of the date of this notice. Any refund due to Insured will be sent to the Insured, unless the premium was financed, in which case the refund will be sent to the finance company.

If you have any questions, please call Customer Service at 1-800-627-0000.

| | | |
|---|---|---|
| Written Premium | $7,354.00 | Charges: |
| Unearned Premium | $7,354.00 | Earned Fees |
| Earned Premium | $.00 | Pro-Rated Fees |
| | | Late charge |
| | | Total Charges |

| | | | |
|---|---|---|---|
| Payments Received | $7,381.00 | | |
| Previously Returned | $7,381.00 | Earned Commission | $.00 |
| Balance Due Company Including Charges | $.00 | Unearned Commission | $.00 |
| Refund Due | $.00 | | |

**Please RETURN BOTTOM PORTION along with your payment.**

  ***Free "Online Bill Pay" now available at www.bankersinsurance.com***

**BANKERS**
INSURANCE GROUP
**Please WRITE YOUR POLICY NUMBER ON CHECK**
**and make payable to:**  First Community Insurance Company  
 Insured: ELEAZAR RODRIGUEZ

Due Date:    0/00/00  
Balance Due:    $.00  
Amount Enclosed: _____

PO BOX 33002  
ST PETERSBURG, FL 33733-8002

03000    00000    HO**    HO3*    090011468784503    00000000    DI    0000000    7



Company

```
                                                            GXXX99.016 0905   0408
                                                                00-0103238
                                                                    3/03/17
```

```
                              Page  2 of  2                         3/03/17
 3000 00000 HO    HO3
 Homeowners
```

**INSURED PROPERTY IS LOCATED AT:**

460 E 59TH ST
HIALEAH FL 33013-1319



Company

GXXX99.017 0905 0505
00-0103238
3/03/17



First Community Insurance Company

Policy Number                                      Date of Notice
        5 03                              3/03/17
3000 00000 HO    HO3
Homeowners

Agent (305)446-5063
CONTINENTAL PROPERTY &                ELEAZAR RODRIGUEZ
CASUALTY III INC                      CLARA RODRIGUEZ
5200 SW 8TH ST STE 250                460 E 59TH ST
CORAL GABLES FL 33134                 HIALEAH FL 33013-1319

Property Address:
460 E 59TH ST HIALEAH, FL 33013-1319

## Confirmation of Cancellation

Dear Insured,

We have received your request to cancel your insurance policy. Your policy has been cancelled as of the time and date indicated below.

Cancellation Requested By:                Cancellation Effective:

Insureds request - replaced coverage.     3/29/17  12:01 am Standard Time

**If you have any questions, please do not hesitate to call us at: 1-800-627-0000.**

To Mortgagee/Lienholder:
You are hereby notified that the agreement under the Mortgage/Loss Payable Clause payable to you as Mortgagee/Lienholder, which is a part of the above policy, issued to the above insured, is hereby cancelled (or terminated). In accordance with the conditions of the policy, said cancellation (or termination) is to be effective on and after the hour and date indicated above.

Copy Sent To: Insured, Agent, Lienholder



C

GXXX99.016 0905 0408
00-0103238
3/03/17



First Community Insurance Company

Policy Number                                              Date of Notice
      5 02         Page 1 of 2                 3/03/17
3000 00000 HO   HO3
Homeowners

Agent Code: 0103238
Agent (305)446-5063
CONTINENTAL PROPERTY &                ELEAZAR RODRIGUEZ
CASUALTY III INC                      CLARA RODRIGUEZ
5200 SW 8TH ST STE 250                460 E 59TH ST
CORAL GABLES FL 33134                 HIALEAH FL 33013-1319

## Confirmation of Cancellation
## Policy Financial Status

Cancellation Effective Date:   2/24/17  12:01 a.m. Standard Time

The above insurance policy was cancelled as of the date indicated. Below is a breakdown of the premium and charges for the time coverage was in effect.

Please be advised that any balance owed the Company is due within 15 days of the date of this notice. Any refund due to Insured will be sent to the Insured, unless the premium was financed, in which case the refund will be sent to the finance company.

If you have any questions, please call Customer Service at 1-800-627-0000.

| | | Charges: | |
|---|---|---|---|
| Written Premium | $9,051.00 | | |
| Unearned Premium | $817.00 | Earned Fees | $27.00 |
| Earned Premium | $8,234.00 | Pro-Rated Fees | |
| | | Late charge | |
| | | Total Charges | $27.00 |

| | | | |
|---|---|---|---|
| Payments Received | $9,078.00 | | |
| Previously Returned | $817.00 | Earned Commission | $1,235.10 |
| Balance Due Company Including Charges | $.00 | Unearned Commission | $.00 |
| Refund Due | $.00 | | |

**Please RETURN BOTTOM PORTION along with your payment.**

   ***Free "Online Bill Pay" now available at www.bankersinsurance.com***

**BANKERS**
INSURANCE GROUP
                                                          Due Date:   0/00/00
**Please WRITE YOUR POLICY NUMBER ON CHECK**
and make payable to:  First Community Insurance Company    Balance Due:   $.00
Insured: ELEAZAR RODRIGUEZ
                                                          Amount Enclosed: _____

PO BOX 33002
ST PETERSBURG, FL 33733-8002
|..ll...ll.l...l.ll...ll.l.l.ll...ll....l.lll....l.ll.l.l

03000   00000   HO**   HO3*   090011468784502   00000000   DI   0000000   0



                                                 Company

GXXX99.016 0905  0408
00-0103238
3/03/17

0. ░░░░░░░░ 5 02        Page  2 of  2                     3/03/17
   3000 00000 HO    HO3
Homeowners

**INSURED PROPERTY IS LOCATED AT:**

460 E 59TH ST
HIALEAH FL 33013-1319

Company



```
                                                        GXXX99.017  0905 0505
                                                              00-0103238
                   First Community Insurance Company             3/03/17
```

Policy Number                                           Date of Notice
            5 02                                           3/03/17
3000 00000 HO    HO3
Homeowners

Agent (305)446-5063
CONTINENTAL PROPERTY &                  ELEAZAR RODRIGUEZ
CASUALTY III INC                        CLARA RODRIGUEZ
5200 SW 8TH ST STE 250                  460 E 59TH ST
CORAL GABLES FL 33134                   HIALEAH FL 33013-1319

Property Address:
460 E 59TH ST HIALEAH, FL 33013-1319

## Confirmation of Cancellation

Dear Insured,

We have received your request to cancel your insurance policy. Your policy has been cancelled as of the time and date indicated below.

Cancellation Requested By:              Cancellation Effective:
Insureds request - replaced coverage.   2/24/17  12:01 am Standard Time

**If you have any questions, please do not hesitate to call us at: 1-800-627-0000.**

To Mortgagee/Lienholder:
You are hereby notified that the agreement under the Mortgage/Loss Payable Clause payable to you as Mortgagee/Lienholder, which is a part of the above policy, issued to the above insured, is hereby cancelled (or terminated). In accordance with the conditions of the policy, said cancellation (or termination) is to be effective on and after the hour and date indicated above.

Copy Sent To: Insured, Agent, Lienholder



                                                    C