

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
Helping Homeowners is What We Do!™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

03/10/2017                                                                                              Loan Number:    ;8697

Eleazar Rodriguez
Clara Rodriguez
460 E 59th St
Hialeah, FL 33013-1319

Property Address: 460 E 59th St
Hialeah, FL 33013-1319
Requestor Email Address: eleazarrg@live.com

Dear Eleazar Rodriguez,

Our company has recently received a request for information on the above referenced loan, which is enclosed for your review.

Sincerely,
Ocwen Loan Servicing, LLC

NMLS # 1852                                                                                                      PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Loan#: .....1

Customer Name(s): Eleazar Rodriguez
Clara Rodriguez

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Beginning Balance | | | | | | | $0.00 | | $255,908.36 | $0.00 | $0.00 |
| | | | 03/01/2014 | Loan Disbursement | -$261,640.11 | -$255,908.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | $0.00 | $0.00 |
| | | 03/01/2014 | | Escrow Account Adjustment | -$22,779.32 | $0.00 | $0.00 | -$22,779.32 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$22,779.32 | $0.00 |
| | | | 03/27/2014 | Property Valuation Expense | -$107.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$107.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 04/09/2014 | Insurance Disbursement -AMERICAN BANKERS INS CO OF FL | -$450.00 | $0.00 | $0.00 | -$450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$23,229.32 | $0.00 |
| | | | 04/15/2014 | Property Inspection Fee | -$10.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$10.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 04/16/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 05/05/2014 | Title Report Fee | -$300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$300.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 05/16/2014 | Property Maintenance Expense | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 06/02/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 06/03/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 06/10/2014 | Property Maintenance Expense | -$90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$90.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 07/01/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 07/08/2014 | | Principal Balance Adjustment | $3.78 | $3.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255,904.58 | -$23,229.32 | $0.00 |
| | | | 07/25/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 07/29/2014 | Property Valuation Expense | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

PAYHISTWFDE

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 07/30/2014 | | Principal Balance Adjustment | -$3.78 | -$3.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$23,229.32 | $0.00 |
| | | 07/30/2014 | | Suspense Transfer | $3.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.78 | $255,908.36 | -$23,229.32 | $3.78 |
| | | | 08/21/2014 | Property Inspection Fee | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 09/23/2014 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 10/01/2014 | | | Late Charge Assessment | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 03/20/2015 | 10/29/2014 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 11/13/2014 | Tax Disbursement-M IAMI-DADE COUNTY | -$1,997.59 | $0.00 | $0.00 | -$1,997.59 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$25,226.91 | $3.78 |
| | 11/01/2014 | 03/20/2015 | | Late Charge Assessment | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 11/24/2014 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 12/08/2014 | Property Valuation Expense | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 12/01/2014 | 03/20/2015 | | Late Charge Assessment | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 12/22/2014 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 01/01/2015 | 03/20/2015 | | Late Charge Assessment | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | -$26.66 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 01/20/2015 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 03/10/2015 | Insurance Disbursement -FIRST COMMUNITY INS CO | -$9,033.00 | $0.00 | $0.00 | -$9,033.00 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$34,259.91 | $3.78 |
| | | | 03/10/2015 | Property Inspection Fee | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$13.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $431.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $431.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $125.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $12.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |

NMLS # 1852

PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 3 of 11

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Service | | | | | | | | | | | |
| | | 03/20/2015 | | Legal Filing Service | $562.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $562.50 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $1,958.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,958.50 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $562.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $562.50 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $12.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Legal Filing Service | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Maintenance Expense | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Maintenance Expense | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $14.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.75 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $18.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |

NMLS # 1852

PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Inspection Fee | | | | | | | | | | | |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $21.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.75 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $11.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $18.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $21.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.75 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $21.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.75 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $18.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $23.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $23.50 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $28.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28.75 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $10.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.50 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |

NMLS # 1852

PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Inspection Fee | $13.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.25 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Valuation Expense | $83.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $83.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Valuation Expense | $107.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Valuation Expense | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Property Valuation Expense | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Title Report Fee | $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Suspense Transfer | -$3.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$3.78 | $255,908.36 | -$34,259.91 | $0.00 |
| | | 03/20/2015 | | Escrow Account Adjustment | $3.78 | $0.00 | $0.00 | $3.78 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | | 03/20/2015 | | Late Charge Waived | $214.89 | $0.00 | $0.00 | $0.00 | $0.00 | $214.89 | $0.00 | $0.00 | $255,908.36 | -$34,256.13 | $0.00 |
| | 04/01/2012 | 03/20/2015 | | Payment | $2,388.82 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $1,077.62 | $255,908.36 | -$33,478.07 | $1,077.62 |
| | 05/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$32,700.01 | $1,077.62 |
| | 06/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$31,921.95 | $1,077.62 |
| | 07/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$31,143.89 | $1,077.62 |
| | 08/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$30,365.83 | $1,077.62 |
| | 09/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$29,587.77 | $1,077.62 |
| | 10/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$28,809.71 | $1,077.62 |
| | 11/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$28,031.65 | $1,077.62 |
| | 12/01/2012 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$27,253.59 | $1,077.62 |
| | 01/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$26,475.53 | $1,077.62 |
| | 02/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$25,697.47 | $1,077.62 |
| | 03/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$24,919.41 | $1,077.62 |
| | 04/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$24,141.35 | $1,077.62 |
| | 05/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$23,363.29 | $1,077.62 |
| | 06/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$22,585.23 | $1,077.62 |
| | 07/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$21,807.17 | $1,077.62 |

NMLS # 1852

PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$21,029.11 | $1,077.62 |
| | 09/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$20,251.05 | $1,077.62 |
| | 10/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$19,472.99 | $1,077.62 |
| | 11/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$18,694.93 | $1,077.62 |
| | 12/01/2013 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$17,916.87 | $1,077.62 |
| | 01/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$17,138.81 | $1,077.62 |
| | 02/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$16,360.75 | $1,077.62 |
| | 03/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$15,582.69 | $1,077.62 |
| | 04/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$14,804.63 | $1,077.62 |
| | 05/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$14,026.57 | $1,077.62 |
| | 06/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$13,248.51 | $1,077.62 |
| | 07/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$12,470.45 | $1,077.62 |
| | 08/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$11,692.39 | $1,077.62 |
| | 09/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$10,914.33 | $1,077.62 |
| | 10/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$10,136.27 | $1,077.62 |
| | 11/01/2014 | 03/20/2015 | | Payment | $1,311.20 | $0.00 | $533.14 | $778.06 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$9,358.21 | $1,077.62 |
| | 12/01/2014 | 03/20/2015 | | Payment | $1,654.66 | $0.00 | $533.14 | $1,121.52 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$8,236.69 | $1,077.62 |
| | 01/01/2015 | 03/20/2015 | | Payment | $1,654.66 | $0.00 | $533.14 | $1,121.52 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$7,115.17 | $1,077.62 |
| | 02/01/2015 | 03/20/2015 | | Payment | $1,654.66 | $0.00 | $533.14 | $1,121.52 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$5,993.65 | $1,077.62 |
| | 03/01/2015 | 03/20/2015 | | Payment | $1,654.66 | $0.00 | $533.14 | $1,121.52 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$4,872.13 | $1,077.62 |
| | 04/01/2015 | 03/20/2015 | | Payment | $1,654.66 | $0.00 | $533.14 | $1,121.52 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$3,750.61 | $1,077.62 |
| | | 03/20/2015 | | Suspense Transfer | -$1,077.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,077.62 | $255,908.36 | -$3,750.61 | $0.00 |
| | | 03/20/2015 | | Escrow Account Adjustment | $1,077.62 | $0.00 | $0.00 | $1,077.62 | $0.00 | $0.00 | $0.00 | $0.00 | $255,908.36 | -$2,672.99 | $0.00 |
| | | 03/20/2015 | | Principal Balance Adjustment | -$51,859.70 | -$51,859.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$2,672.99 | $0.00 |
| | | 03/20/2015 | | Escrow Account Adjustment | $18,866.90 | $0.00 | $0.00 | $18,866.90 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | $16,193.91 | $0.00 |
| | | 03/20/2015 | | Investor Suspense | $100.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | $16,193.91 | $0.00 |
| | | | 04/02/2015 | Insurance Disbursement - AMERICAN BANKERS INS CO OF FL | -$731.00 | $0.00 | $0.00 | -$731.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | $15,462.91 | $100.33 |
| 18930620 | 05/01/2015 | 05/01/2015 | | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | $16,457.63 | $100.33 |
| 19257881 | 06/01/2015 | 06/01/2015 | | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | $17,452.35 | $100.33 |

NMLS # 1852

PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 06/19/2015 |  | Investor Suspense Adjustment | -$100.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |  | -$17,452.35 | $100.33 |
|  |  | 06/19/2015 |  | Suspense Payment | $100.33 |  |  |  |  |  |  | $100.33 |  | -$17,452.35 | $100.33 |
| 19518395 | 07/01/2015 | 06/27/2015 |  | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$18,447.07 | $100.33 |
| 19913967 | 08/01/2015 | 08/03/2015 |  | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$19,441.79 | $100.33 |
| 20231179 | 09/01/2015 | 09/02/2015 |  | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$20,436.51 | $100.33 |
|  |  | 09/18/2015 |  | Escrow Account Adjustment | -$25,226.91 | $0.00 | $0.00 | -$25,226.91 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$4,790.40 | $100.33 |
|  |  | 09/23/2015 |  | Suspense Payment | $10.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.50 | $307,768.06 | -$4,790.40 | $110.83 |
|  |  |  | 09/23/2015 | Suspense Disbursement | -$10.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$10.50 | $307,768.06 | -$4,790.40 | $100.33 |
| 20554242 | 10/01/2015 | 10/05/2015 |  | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,795.68 | $100.33 |
|  |  | 10/08/2015 |  | Suspense Transfer | -$100.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$100.33 | $307,768.06 | -$3,795.68 | $0.00 |
|  |  | 10/08/2015 |  | Escrow Account Adjustment | $100.33 | $0.00 | $0.00 | $100.33 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,695.35 | $0.00 |
| 20898560 | 11/01/2015 | 11/09/2015 |  | Payment | $1,635.90 | $0.00 | $641.18 | $994.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$2,700.63 | $0.00 |
|  |  |  | 11/10/2015 | Tax Disbursement-MIAMI-DADE COUNTY | -$1,975.71 | $0.00 | $0.00 | -$1,975.71 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$4,676.34 | $0.00 |
| 21216746 | 12/01/2015 | 12/10/2015 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,498.35 | $0.00 |
| 21506761 | 01/01/2016 | 01/11/2016 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$2,320.36 | $0.00 |
| 21768578 | 02/01/2016 | 02/05/2016 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$1,142.37 | $0.00 |
|  |  |  | 03/01/2016 | Insurance Disbursement-FIRST COMMUNITY INS CO | -$9,078.00 | $0.00 | $0.00 | -$9,078.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$10,220.37 | $0.00 |
| 22203698 | 03/01/2016 | 03/17/2016 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$9,042.38 | $0.00 |
|  |  |  | 03/23/2016 | Insurance Disbursement-American Bankers Ins Co of FL | -$511.00 | $0.00 | $0.00 | -$511.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$9,553.38 | $0.00 |
| 22433115 | 04/01/2016 | 04/15/2016 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$8,375.39 | $0.00 |
|  | 05/01/2016 | 05/19/2016 |  | Late Charge Assessment | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| 22782394 | 05/01/2016 | 05/19/2016 |  | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$7,197.40 | $0.00 |
|  | 06/01/2016 | 06/21/2016 |  | Late Charge Assessment | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 |  | $0.00 | $0.00 |
| 23077193 | 06/01/2016 | 06/21/2016 |  | Payment | $1,849.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $30.00 | $0.00 | $0.00 | $307,768.06 | -$6,019.41 | $0.00 |

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23133531 | 07/01/2016 | 06/29/2016 | | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$4,841.42 | $0.00 |
| 23486195 | 08/01/2016 | 08/08/2016 | | Payment | $1,819.17 | $0.00 | $641.18 | $1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,663.43 | $0.00 |
| | | 08/08/2016 | | Suspense Payment | $1,819.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,819.17 | $307,768.06 | -$4,841.42 | $1,819.17 |
| | 08/01/2016 | 08/08/2016 | 08/11/2016 | Payment | $1,819.17 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | | | 08/11/2016 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | 08/01/2016 | 08/16/2016 | | Payment - REV | -$1,819.17 | $0.00 | -$641.18 | -$1,177.99 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$4,841.42 | $0.00 |
| | | | 08/16/2016 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | | | 08/16/2016 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | | 08/22/2016 | | Suspense Payment - REV | -$1,819.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,819.17 | $307,768.06 | -$4,841.42 | $0.00 |
| | | | 08/22/2016 | Review of Plan/Notice of Appearance | -$400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$400.00 | $0.00 | $0.00 | $0.00 | $214.27 |
| | | | 09/06/2016 | Bankruptcy Escrow Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | | 09/15/2016 | | Altplan Suspense Adjustment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| | 09/01/2016 | 09/17/2016 | | Late Charge Assessment | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | 09/17/2016 | | Review of Plan/Notice of Appearance | $214.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $214.27 | $0.00 | $307,768.06 | -$3,877.70 | $214.27 |
| 23873433 | 09/01/2016 | 09/17/2016 | | Payment | $1,390.63 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | -$214.27 | $307,768.06 | -$2,913.98 | $0.00 |
| 24142447 | 10/01/2016 | 10/17/2016 | | Payment | $1,604.90 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$1,950.26 | $0.00 |
| | | | 11/03/2016 | Late Charge - Alt Payment Plan | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$15.00 | -$15.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 11/11/2016 | Tax Disbursement-MIAMI-DADE COUNTY | -$1,954.82 | $0.00 | $0.00 | -$1,954.82 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$3,905.08 | $0.00 |
| 24429510 | 11/01/2016 | 11/18/2016 | | Payment | $1,604.90 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$2,941.36 | $0.00 |
| 24695413 | 12/01/2016 | 12/20/2016 | | Payment | $1,604.90 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$1,977.64 | $0.00 |
| 24963329 | 01/01/2017 | 01/18/2017 | | Payment | $1,604.90 | $0.00 | $641.18 | $963.72 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$1,013.92 | $0.00 |
| | | | 02/17/2017 | Insurance Disbursement -FIRST COMMUNITY INS | -$7,381.00 | $0.00 | $0.00 | -$7,381.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$8,394.92 | $0.00 |

NMLS # 1852                                                                                                                                                      PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CO | | | | | | | | | | | |
| | | | 02/17/2017 | Transaction History Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25366973 | 02/01/2017 | 03/04/2017 | | Payment | $2,281.63 | $0.00 | $641.18 | $1,640.45 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$6,754.47 | $0.00 |
| | | | 03/08/2017 | Insurance Disbursement -American Bankers Ins Co of FL | -$511.00 | $0.00 | $0.00 | -$511.00 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$7,265.47 | $0.00 |
| | | | 03/09/2017 | Insurance Disbursement -Lloyds of London | -$2,180.71 | $0.00 | $0.00 | -$2,180.71 | $0.00 | $0.00 | $0.00 | $0.00 | $307,768.06 | -$9,446.18 | $0.00 |
| | | | | Ending Balance | | | | | | -$15.00 | $5,531.02 | | $307,768.06 | -$9,446.18 | $0.00 |

NMLS # 1852

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

PAYHISTWFDE



| | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 |
| --- | --- | --- |
| | WWW.OCWEN.COM | West Palm Beach, FL. 33409 |
| | *Helping Homeowners is What We Do!*™ | Toll Free: (800) 746 - 2936 |

| Item | When Charged | Item | When Charged |
| --- | --- | --- | --- |
| Late Fee | If your payment is not received before the grace period expires as stated in your loan documents. | Returned Check Fee | If your bank returns a check unpaid for any reason (such as insufficient funds in the account-NSF, payment has been stopped, not properly endorsed, incorrect information, etc.) |
| Tax Backsearch Fee | If Ocwen has been advised that the taxes on a non-escrowed loan are delinquent, this fee is charged to investigate what taxes are owed. | Broker's Price Opinion | If you become delinquent on your loan, this fee may be charged for determining the value and condition of the property, using a certified Real Estate Agent. |
| Bankruptcy Fees and/or Costs | If your loan is involved in bankruptcy proceedings, these fees will be charged once the loan is referred to a law firm to represent Ocwen in regards to the bankruptcy. | Prepayment Penalty Fee | You may have taken out a loan with a prepayment penalty. This is an amount that is charged if you pay off your loan early by refinancing or selling your property or if payments of principal are made before they are due. |
| Assumption Cost | If your loan is assumed by a third-party (for example, if you transfer your property), this cost may be charged for the underwriting, preparation and processing of necessary documents and for attorney fees. | Loan Modification Fee | If you request that your loan terms be modified as part of any agreed upon resolution of a loan delinquency, this fee may be charged for preparation and processing of necessary documents and for attorney costs. |
| Subordination Fee | If you agree to a resolution that requires the position of the lien securing the loan to be subordinated (ie, lowered) in relation to another lien, this fee may be charged for preparation and processing of necessary documents to be filed. | Partial Release Fee | If you or a third party requests a release of a portion of the property from the lien, this fee may be charged for preparing and recording the partial release. |
| Satisfaction Fee | If you pay off your loan, this fee may be charged to cover the expense of recording the release / satisfaction of the loan as determined by the applicable county / town. | Certified Mail Fee | If you become delinquent on your loan, this fee may be charged to send you a Notice of Default via Certified Mail. |
| Property Inspection Fee | If you become delinquent on your loan, this fee may be charged for an inspection of the property to make sure that it is still in good condition. | Foreclosure Attorney Fee | If you become delinquent on your loan and foreclosure is required, this fee may be charged for services rendered by Ocwen's legal counsel who handle the foreclosure case. Ocwen utilizes recognized industry guidelines, such as Fannie Mae and Freddie Mac, to assist in establishing acceptable limitations for attorney fees. |
| Foreclosure Costs | If you become delinquent on your loan and foreclosure is required, these fees and costs may be charged for expenses and court costs incurred by Ocwen to complete the legal requirements associated with a foreclosure action. | | |

NMLS # 1852                                                                                                                                                    PAYHISTWFDE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*