UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Eleazar Rodriguez                    Case No. 16-20323-LMI
    Clara  Rodriguez
        Debtor(s).                      Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Objection to Claim 2 Office of Student Financial Assistance (OSFA) and Notice of Hearing was sent to all parties on the attached service list on March 14, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Eleazar Rodriguez Clara  Rodriguez
460 E 59th Street
Hialeah, FL 33013-1319

Office of Student Financial Assistance
(OSFA)
c/o Mary Kate Cowher, Auth. Personnel
325 WEST GAINES STREET, #1314
TALLAHASSEE, FL 32399

American Education Services, Inc.
c/o James L. Preston, CEO
1200 North 7th Street
Harrisburg, PA 17102-1444

Honorable Jefferson Beauregard
Sessions III,
Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Benjamin G. Greenberg
United States Attorney,
99 N.E. 4th Street,
Miami, FL 33132

                    Respectfully Submitted:

                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:*/s/ Robert Sanchez*_____
                    Robert Sanchez, Esq., FBN#0442161